IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-51018
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEITH RUSSELL JUDD,

Defendant-
Appellant.

-----------------------------------------------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-95-CR-91-ALL-M
-----------------------------------------------------------
July 3, 2001

Before EMILIO M. GARZA, STEWART and PARKER, Circuit Judges:

PER CURIAM:[*]

Keith Russell Judd, federal inmate #11593-051, purports to appeal from an order denying a double jeopardy motion. Judd's notice of appeal does not designate an appealable order or judgment. *See* Fed. R. App. P. 3(c)(1)(B). Accordingly, the Government's motion to dismiss the appeal is GRANTED, and the appeal is DISMISSED as frivolous. *See* 5th Cir. R. 42.2. All outstanding motions are DENIED.

Judd has engaged in a history of filing frivolous motions and appeals. We have imposed monetary sanctions previously for such filings, to no avail. Accordingly, the Clerk is directed to refuse any filings by Judd in the following appeals: 98-51060, 98-51081, 98-51217; 99-50038; 99-50040; 99-50041; 99-50045; 99-50296; 99-50446; 99-50447; 99-50449; 99-50450; 99-50511;

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

99-50670; 99-50780; 99-50819; 99-50830; 99-50845; 99-50846; 99-50847; 99-50848; 99-50851; 99-50933; 00-51018, 00-51324; 01-50003; and 01-50004.

MOTION TO DISMISS GRANTED; APPEAL DISMISSED AS FRIVOLOUS; ALL OUTSTANDING MOTIONS DENIED; SANCTION IMPOSED.